■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED STEWART, Appellant. [21 NYS3d 619]—Judgments, Supreme Court, Bronx County (Martin Marcus, J.), rendered May 30, 2013, as amended July 16, 2013, convicting defendant, upon his pleas of guilty, of two counts of auto stripping in the second degree, and sentencing him to concurrent terms of 1⅓ to 4 years, unanimously affirmed.

The record supports the conclusion that defendant made a valid waiver, conveyed through counsel, of his right to be present at a proceeding where the court amended the sentence by reducing it to conform with the maximum sentence permitted by law for a class E felony. We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.